**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| TAI HOSPITALITY INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 03-cv-4231 |
| SAQIB KHAN, et al., | ) |
| Defendants. | ) |

**JUDGMENT**

**Decision by Court.** This matter having come before the Court on Defendants' motion for summary judgment, and the Court having rendered its decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that **JUDGMENT** is entered in favor of defendants Saqib Khan, Neelofur Saquib, Junaid Bashir, Saqib Sani, Linda Stout, Khadija Hospitality, Inc., Khadija and Sons Hospitality, Inc., and Paducah Motel, Inc. and against plaintiff Tai Hospitality Inc. on Count I of the Plaintiff's amended complaint and that this claim is **dismissed with prejudice**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff Tai Hospitality Inc.'s remaining claims in this case against defendants Saqib Khan, Neelofur Saquib, Junaid Bashir, Saqib Sani, Linda Stout, Khadija Hospitality, Inc., Khadija and Sons Hospitality, Inc., and Paducah Motel, Inc. are **dismissed without prejudice.**

**DATE: January 9, 2006**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans,
Deputy Clerk**

APPROVED:   /s/ J. Phil Gilbert
**J. PHIL GILBERT
U.S. District Judge**